UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
v. : Crim. No. 08-08 (PGS)
:
ANTHONY BENSON : ORDER FOR PRODUCTION

ON THIS ___14___ day of April, 2008, upon the application by Anthony Benson for an order directing the pre-trial production to the Office of the Federal Public Defender of those documents subpoenaed by that Office in April, 2008, from the Newark Police Department, it is hereby ORDERED that this application be and hereby is GRANTED.

It is further ORDERED that the Newark Police Department is to produce the documents requested in the April, 2008 subpoena(s) to the Office of the Federal Public Defender on or before May 5, 2008.

_____
PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE